UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**United States of America,**

v.

**Michael G. O'Connell**
        **Defendant**

**CRIMINAL MATTER**

NO. 10-10415-NMG

**Order of Dismissal**
**December 29, 2010**

Gorton, D. J.

In accordance with this Courts ruling affirming the Magistrate Judge's judgment in this matter, this matter is hereby dismissed.

**Approved,**

/s/ Nathaniel M. Gorton,
**United States District Judge**

**By the Court,**

/s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)      [odism.]